FILED

05/04/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0020

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 23-0020

-----------------------------------------------------------------

THOMAS KONESKY,                              )
                                             )
            Plaintiff and Counter-           )
            Plaintiff/Appellee,              )
                                             )
      vs.                                    )
                                             )    ORDER OF DISMISSAL
KEVIN KELLER,                                )    WITH PREJUDICE
                                             )
            Defendant and Counter-           )
            Plaintiff/Appellant,             )
                                             )
and                                          )
                                             )
KAREN L. REIFF; CHURCH,                      )
HARRIS, JOHNSON &                            )
WILLIAMS, P.C., a Montana                    )
professional corporation; and,              )
JOHN DOES A-Z,                               )
                                             )
            Defendants.                       )
_____              )
                                             )
KEVIN KELLER,                                )
                                             )
            Third-Party Plaintiff/           )
            Appellant,                        )
                                             )
      vs.                                    )
                                             )
DONITA KONESKY,                              )
                                             )
            Third-Party Defendant/           )
            Appellee.                         )

-----------------------------------------------------------------

Based upon the Motion for Dismissal with Prejudice, and good cause appearing,

IT IS HEREBY ORDERED the above matter is dismissed with prejudice, each party to bear their own costs.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 4 2023